IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KING PHARMACEUTICALS, INC. and MERIDIAN MEDICAL TECHNOLOGIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 09-652-GMS |
| v. | ) ) | |
| TEVA PARENTERAL MEDICINES, INC., and TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Kevin B. Collins and Allison E. Kerndt to represent the plaintiffs in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $50.00 is included to cover the annual fees for the attorneys listed above.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

Dated: December 11, 2009

{00361736;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KING PHARMACEUTICALS, INC. and MERIDIAN MEDICAL TECHNOLOGIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 09-652-GMS |
| v. | ) ) | |
| TEVA PARENTERAL MEDICINES, INC., and TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2009, the Court having considered the motion for the admission *pro hac vice* of Kevin B. Collins and Allison E. Kerndt to represent the plaintiffs in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
Chief Judge

{00361736;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Kevin B. Collins
Covington & Burling LLP
1201 Pennsylvania Avenue., NW
Washington, DC 20004
(202) 662-5064

Dated: 12/10/09

{00361736;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Allison E. Kerndt
Covington & Burling LLP
1201 Pennsylvania Avenue., NW
Washington, DC 20004
(202) 662-5064

Dated: 12/10/09

{00361736;v1}